Lawrence H. Meuers, Esq. (SBN: 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com

*Attorneys for the Pacific Tomato Group*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PACIFIC TOMATO GROWERS, LTD., *et al.*, <br><br>Plaintiffs, <br><br>vs. <br><br>KIRBY T. TANIMURA, *et al.* <br><br>Defendants. | Case No.: CV 08-5100-GW(FFMx) <br><br> HONORABLE GEORGE H. WU <br><br> JUDGMENT |
| S & H PACKING & SALES CO., INC., et al., <br><br>Plaintiffs, <br><br>vs. <br><br>KIRBY T. TANIMURA, *et al.* <br><br>Defendants. | Case Nos. CV 08-5250-GW(FFMx) |
| NATIONAL COMMERCIAL RECOVERY, INC. <br><br>Plaintiffs, <br><br>vs. <br><br>KIRBY T. TANIMURA, *et al.* <br><br>Defendants. | Case Nos. CV 08-6046-GW(FFMx) |

This matter is before this Court upon the Joint Motion for Entry of Consent Judgment and declaration filed by Plaintiffs' counsel that Defendants, Kirby T. Tanimura and Yolanda Tanimura, have failed to make payment in compliance with the Stipulation for Settlement in Consolidated Cases filed in this action [DE 171]. Under the terms of the Stipulation for Settlement in Consolidated Cases previously filed with the Court, this Court is to enter the Consent Judgment upon the filing of a declaration by Plaintiffs' counsel, which state that payment has not been made by Defendants as required by the Order Approving Stipulation for Settlement in Consolidated Cases [DE 172]. Based upon the filing of the declaration previously noted, the disclosure of distributions made to the PACA Trust Beneficiaries, and being otherwise fully advised in the premises, the Court now enters judgment pursuant to Federal Rule of Civil Procedure 58(a):

**ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in these consolidated actions, in favor of the PACA Trust Creditor Plaintiffs and against Kirby T. Tanimura and Yolanda Tanimura, jointly and severally, as to each plaintiff, for liability arising under Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499(e)(c) ("PACA"), as follows:

1. Judgment in favor of Pacific Tomato Growers, Ltd., a Florida limited partnership with its principal place of business located at 503 10th Street West, Palmetto, Florida 34221, in the aggregate amount of $252,124.75, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

2. Judgment in favor of Malena Produce, Inc., an Arizona corporation with its principal place of business located at 947 E. Frontage Rd., Rio Rico, Arizona, in the aggregate amount of $426,614.55, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

3. Judgment in favor of Westlake Distributors, Inc. d/b/a Westlake Produce Company, a California corporation with its principal place of business located at 5301 Rivergrade Road, Suite 200, Irwindale, California, in the aggregate amount of $80,106.69, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

4. Judgment in favor of Tomato Thyme Corporation, a Florida corporation with its principal place of business located at 6811 78th Street, Tampa, Florida, in the aggregate amount of $76,742.13 , plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

5. Judgment in favor of Maui-Fresh International, LLC, a California limited liability company with its principal place of business located at 333 North Euclid Way, Anaheim, California, in the aggregate amount of $77,717.42, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

6. Judgment in favor of MJ International Marketing, LLC d/b/a Fresh Farms, an Arizona limited liability company with its principal place of business

3

located at 15 Avenida Acaponeta, Rio Rico Industrial Park, Rio Rico, Arizona, in the aggregate amount of $74,822.65, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

7. Judgment in favor of Go-Fresh Produce, Inc., a California corporation with its principal place of business located at 1601 E Olympic Blvd., Ste 204, Los Angeles, California, in the aggregate amount of $348.14, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

8. Judgment in favor of Natural Selection Foods, LLC d/b/a Earthbound Farms, a California limited liability company with its principal place of business located at 1721 San Juan Highway, San Juan Bautista, California, in the aggregate amount of $10,082.66, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

9. Judgment in favor of Cris-P Produce Co., Inc., an Arizona corporation with its principal place of business located at 2811 N Palenque Ave., Ste. 3, Nogales, Arizona, in the aggregate amount of $6,534.49, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

10. Judgment in favor of Giumarra Brothers Fruit Company, LLC, a California limited liability company with its principal place of business located at 11220 Edison Hwy., Edison, California, in the aggregate amount of $7,323.49, plus

interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

11. Judgment in favor of Interfresh, Inc., a California corporation with its principal place of business located at 2019 W. Orangewood Ave., Orange, California, in the aggregate amount of $5,218.53, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

12. Judgment in favor of S & H Packing & Sales Co., Inc., a California corporation d.b.a. Season Produce Co., in the aggregate amount of $91,371.42, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

13. Judgment in favor of Abbate Family Farms Limited Partnership, a California Limited Partnership d.b.a. Abbate Farms, in the aggregate amount of $176,736.77, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

14. Judgment in favor of Apache Produce Co., Inc., an Arizona corporation d.b.a. Plain Jane, in the aggregate amount of $172,528.40, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

15. Judgment in favor of Baloian Packing Co., Inc., a California corporation d.b.a.. Baloian Farms, in the aggregate amount of $365,165.56, plus

interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

16. Judgment in favor of Bionova Produce, INC., an Arizona corporation, in the aggregate amount of $195,475.77, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

17. Judgment in favor of Central California Tomato Growers Cooperative, Inc., a California corporation, in the aggregate amount of $221,173.68, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

18. Judgment in favor of Delta Fresh, LLC, an Arizona limited liability company, in the aggregate amount of $319,090.93, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

19. Judgment in favor of Expo Fresh, LLC, a California limited liability company, in the aggregate amount of $514,915.42, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

20. Judgment in favor of Yolanda Torre, an individual d.b.a.. Far Side Farms, in the aggregate amount of $73,155.85, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

21. Judgment in favor of Frank Donio, Inc., a New Jersey corporation, in the aggregate amount of $147,124.11, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

22. Judgment in favor of Guy E. Maggio, Jr., Inc., a California corporation d.b.a.. GM Distributing, in the aggregate amount of $72,659.73, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

23. Judgment in favor of Horwath & Co., Inc., a California corporation d.b.a. Gonzales Packing Co., in the aggregate amount of $32,396.08, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

24. Judgment in favor of I&T Produce Company, Inc., a California corporation, in the aggregate amount of $30,484.96, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

25. Judgment in favor of Waynne M. Nakaji, an individual d.b.a. J. Michael & Co., in the aggregate amount of $28,811.52, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

26. Judgment in favor of J & A International, Inc., a California corporation, in the aggregate amount of $92,244.45, plus interest at the legal rate in effect on the

date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

27. Judgment in favor of J.P.M. Sales Co., Inc., an Arizona corporation, in the aggregate amount of $300,736.89, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

28. Judgment in favor of Keber Distributing, Inc., a California corporation, in the aggregate amount of $38,792.78, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

29. Judgment in favor of Kern Ridge Growers, LLC, a California limited liability company, in the aggregate amount of $54,735.40, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

30. Judgment in favor of Live Oak Farms, a California limited partnership, in the aggregate amount of $395,718.71, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

31. Judgment in favor of M & M Distributors, Inc., a California corporation, in the aggregate amount of $92,008.32, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

32. Judgment in favor of O.P. Murphy Produce Co., Inc., a Texas corporation d.b.a.. O.P. Murphy & Sons, in the aggregate amount of $95,505.73, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

33. Judgment in favor of Oceanside Produce, Inc., a California corporation, in the aggregate amount of $321,776.98, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

34. Judgment in favor of Orange County Produce, LLC, in the aggregate amount of $77,742.91, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

35. Judgment in favor of Doud And Associates, Inc., a California corporation d.b.a.. Pacific Coast Produce, in the aggregate amount of $159,569.57, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

36. Judgment in favor of Produce Supply, Inc., a California corporation, in the aggregate amount of $88,048.12, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

37. Judgment in favor of Riverside Distributing, Inc., a Texas corporation, in the aggregate amount of $44,168.57, plus interest at the legal rate in effect on the

date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

38. Judgment in favor of Royal Flavor, LLC, a California limited liability company, in the aggregate amount of $698,215.48, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

39. Judgment in favor of Seacoast Distributing, Inc., a California corporation, in the aggregate amount of $85,339.97, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

40. Judgment in favor of Sunrise Growers, Inc., a California Corporation, in the aggregate amount of $253,880.70, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

41. Judgment in favor of Valmar International Produce Growers, Inc., a California corporation, in the aggregate amount of $9,041.47, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

42. Judgment in favor of Veggifruit, Inc., a Florida corporation, in the aggregate amount of $17,556.48, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

43. Judgment in favor of Wilson Produce, LLC, an Arizona limited liability company, in the aggregate amount of $108,006.81, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

44. Judgment in favor of G.W. Palmer & Co., Inc., a Tennessee corporation, with its principal place of business located at 1080 W. Rex Road, Memphis, Tennessee 38119-3820, in the aggregate amount of $367,698.18, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

45. Judgment in favor of Andrew & Williamson Sales Co., Inc. d/b/a Andrew & Williamson Fresh Produce, a California corporation with its principal place of business located at 9940 Marconi Drive, San Diego, California 92154-7270, in the aggregate amount of $104,618.40, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

46. Judgment in favor of East Coast Brokers & Packers, Inc., a Florida corporation with its principal place of business located at 5050 Hwy 60 W, Plant City, Florida 33564-2636, in the aggregate amount of $642,959.19, plus interest at the legal rate in effect on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

47. Judgment in favor of Gargiulo, Inc., a Florida corporation with its principal place of business located at 1500 Old 41 North, Naples, Florida 34110-8415, in the aggregate amount of $262,820.92 plus interest at the legal rate in effect

on the date of this judgment, all of which qualifies for protection under PACA, until satisfied, for which let execution issue;

48. All pending motions are denied as moot and all counterclaims and cross-claims are dismissed. The Clerk shall enter judgment forthwith.

DATED: August 15, 2017

GEORGE H. WU, U.S. District Judge