Bradley L. Cornell, 162384
bcornell@cornell-lawfirm.com
CORNELL LAW FIRM
232 Harrison Avenue, Ste. A
Claremont, CA 91711
Telephone: (626) 359-3207
Facsimile: (626) 441-2244

Louis W. Diess, III
ldiess@mccarronlaw.com
Mary Jean Fassett
mjf@mccarronlaw.com
McCARRON & DIESS
4530 Wisconsin Ave, NW Suite 301
Washington, D.C. 20016
Telephone: (202) 364-0400
Facsimile: (202) 364-2731
*Pro Hac Vice*

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S&H PACKING & SALES CO., INC., a California corporation d/b/a SEASON PRODUCE CO., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>TANIMURA DISTRIBUTING, INC., a California Corporation, *et al.*<br><br>Defendants.<br><br>AND RELATED COMPLAINTS IN INTERVENTION, CROSS-CLAIMS & COUNTERCLAIMS | Case No. CV 08-05250 GW (FFMx)<br>[Hon. George H. Wu]<br>CONSOLIDATED WITH<br>Case No. CV08-05100 GW (FFMx)<br>Case No. CV08-6046 GW (FFMx)<br>Case No. CV08-7505 GW (FFMx)<br><br>**ORDER DISMISSSING ALL REMAINING CLAIMS, CROSS- CLAIMS AND COUNTERCLAIMS** |

Having received and reviewed the Stipulation of the remaining parties to the action requesting dismissal of all claims, cross-claims and counterclaims and requesting entry of an Order dismissing the action with prejudice, the Court orders as follows:

---

ORDER DISMISSING ALL REMAINING CLAIMS, CROSS-CLAIMS, AND COUNTERCLAIMS

IT IS HEREBY ORDERED THAT all remaining claims, cross-claims, and counterclaims are hereby dismissed with prejudice as to all parties, each party to bear its own costs.

DATED: October 31, 2019

_____
Hon. George H. Wu
United States District Court Judge